[No. 47676-2-II. Division Two. October 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON EDWARD MEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01859-2, Suzan L. Clark, J., entered May 28, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 47789-1-II. Division Two. October 4, 2016.]

*In the Matter of the Marriage of* BUCK LYLE THOMPSON, *Respondent*, and KATIE ANN HOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-3-00817-1, Vicki L. Hogan, J., entered June 15, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 47832-3-II. Division Two. October 4, 2016.]

*In the Matter of the Marriage of* KAIN KLAUDE KIRKENDOLL, *Petitioner*, and KRISTIN ALENE KIRKENDOLL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-3-00804-1, Chris Wickham, J., entered July 24, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 32106-1-III. Division Three. October 4, 2016.]

JACK WOODROW LINDELL, *Respondent*, v. RICHARD EUGENE BOCOOK, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-00902-6, Gregory D. Sypolt, J., entered November 26, 2013. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.